William Auston CASH, Plaintiff–Appellant,

v.

James METTS; E.V. Kirkland; Dan Doe; John Doe; Bennett E. Casto, Defendants–Appellees.

No. 13–6238.

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2013.

Decided: June 26, 2013.

William Auston Cash, Appellant pro se. Justin Tyler Bagwell, William Henry Davidson, II, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Auston Cash seeks to appeal the magistrate judge's order denying his motions to compel discovery, to depose each defendant, and to seal the record in his 42 U.S.C. § 1983 (2006) civil rights action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order that Cash seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Cash's motion for the appointment of counsel and for transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*